UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

J. PEARL BUSSEY-MORICE, as
Personal Representative of the Estate
of Preston Bussey, III,

    Plaintiff,

v.                               CASE NO.: 6:11-CV-970-ORL-36-GJK

PATRICK KENNEDY, TIMOTHY
HERBERNER, TIMOTHY HEWATT,
IVETTE GOMEZ, DON WILLIAMS,
ROBERT OWENS, MATTHEW
LEVERICH, and the CITY OF
ROCKLEDGE, FLORIDA
_____/

**PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY CONCERNING PLAINTIFF'S PENDING MOTIONS FOR ATTORNEY'S FEES AS THE PREVAILING PARTY TO DEFENDANTS' RULE 11 MOTIONS AND PLAINTIFF'S MOTIONS FOR SANCTIONS PURSUANT TO 28 U.S.C. § 1927**

Plaintiff, J. PEARL BUSSEY-MORICE ("Bussey-Morice"), through counsel, hereby gives notice of the following supplemental authority:

- *Alhassid v. Nationstar Mort., LLC*, 2018 U.S. Dist. LEXIS 118289, at *5 (S.D. Fla. July 11, 2018)("The Eleventh Circuit, however, has made clear 'that the service and filing of a motion for sanctions must occur prior to final judgment or judicial rejection of the offending motion.'");

- *Rocket Real Estate, LLC v. Maestres*, 2017 U.S. Dist. LEXIS 55179, at *14 (S.D. Fla. April 10, 2017);

- *O'Boyle v. Sweetapple*, 2016 U.S. Dist. LEXIS 193603, at *7-8 (S.D. Fla. February 21, 2016)("Because of Rule 11's safe-harbor

> requirement, a Rule 11 motion may not be served after the moving party has already prevailed in the case.");

> *Guthrie v. United States Gov't*, 2015 U.S. Dist. LEXIS 192273, at *11-12 (S.D. Fla. April 30, 2015)("Applying Rule 11 . . . the Eleventh Circuit has squarely held that the service and filing of a motion for sanctions 'must occur prior to final judgment or judicial rejection of the offending motion.'"); and

> *LexJet Corp. v. Breathing Color, Inc.*, 2014 U.S. Dist. LEXIS 108967, at *2-3 (M.D. Fla. August 7, 2014)("But the record is clear that Breathing Color did not comply with Rule 11's procedural requirements. Specifically, Breathing Color did not comply with Rule 11(c)(2) that requires a motion for sanctions first be served but not filed with the Court unless the challenged claim is not withdrawn within 21 days. Even more problematic, Breathing Color filed and served its motion *after* the Court entered final judgment in its favor, thus foreclosing LexJet's ability to avail itself of Rule 11's safe harbor provision. . . . These deficiencies are fatal to any award of fees and costs under Rule 11. Thus, the Court cannot grant attorney's fees and costs under Rule 11.")

The supplemental authority is applicable to docket entries 617 – 621.

These cases expressly set forth the law of the Eleventh Circuit as it relates to Rule 11 motions, specifically, that **the service and filing of a motion for sanctions must occur prior to final judgment or judicial rejection of the offending motion**. The *O'Boyle* case also stands for the proposition expressly set forth in Rule 11 concerning separateness, specifically that a Rule 11 motion must be made separately from any other motion. See *O'Boyle*, 2016 U.S. Dist. LEXIS 193603, at *7.

Dated: August 20, 2018.

                                                                      _____
Wendell T. Locke, For the Firm
Florida Bar No. 119260

**LOCKE LAW, P.A.**
8201 Peters Road
Suite 1000
Plantation, Florida 33324
(954) 382-8858 telephone
(954) 827-0998 facsimile
e-mail: wendell@lockefirm.com
ATTORNEYS FOR PLAINTIFF

**LOCKE LAW, P.A.**                    3

## **CERTIFICATE OF SERVICE**

      WE HEREBY CERTIFY that on August 20, 2018, a true and correct copy of the foregoing was filed with the Clerk of Courts and served via the ECF system to the following:

                                                                                           _____

| | |
|---|---|
| Joseph R. Flood, Jr., Esq.<br>jflood@drml-law.com<br>Joshua B. Walker, Esq.<br>jwalker@drml-law.com<br>Dean, Ringers, Morgan & Lawton, P.A.<br>P.O. Box 2928<br>Orlando, Florida 32802-2928<br>ATTORNEYS FOR DEFENDANT OFFICERS | Kelsay D. Patterson, Esq.<br>kplaw@bellsouth.net<br>Law Office of Kelsay D. Patterson<br>8875 Hidden River Parkway, Suite 300<br>Tampa, Florida 33637<br><br>ATTORNEYS FOR PLAINTIFF |
| Robert E. Bonner, Esq.<br>reb@fltrialteam.com<br>David R. Lane, Esq.<br>drl@fltrialteam.com<br>Meier, Bonner, Muszynski, O'Dell & Harvey, P.A.<br>260 Wekiva Springs Road, Suite 2000<br>Longwood, Florida 32779<br>ATTORNEYS FOR DEFENDANT, CITY OF ROCKLEDGE | |

**LOCKE LAW, P.A.**          4